# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**ALBERT F. JAMISON,**
**county jail inmate #42303**                                                                          **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 3:09-cv-664-DPJ-JCS**

**OFFICER KATES**                                                                                   **DEFENDANT**

<u>ORDER</u>

Plaintiff, an inmate of the Hinds County Detention Center, Raymond, Mississippi, filed this complaint pursuant to 42 U.S.C. § 1983. Upon review of the complaint, the Court has determined that additional information is needed from the Plaintiff. Accordingly, it is hereby,

ORDERED:

1. That on or before December 16, 2009, Plaintiff shall file a written response to:

(a) specifically state what charges were imposed as a result of his arrest on July 28, 2009;

(b) specifically state the status of the charges pending against the Plaintiff;

(c) provide the Court with the full name of defendant Kates;

(d) specifically state how defendant Kates allegedly violated the Plaintiff's constitutional rights; and

(e) specifically state what injury, if any, Plaintiff has suffered as a result of the defendant's alleged actions.

 2. **That failure to advise this Court of a change of address or failure to timely comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the Plaintiff and will result in this cause being dismissed without further notice to the Plaintiff.**

3. That the Clerk of Court is directed to mail a copy of this order to the Plaintiff at his last known address.

THIS the 25th day of November, 2009.


                                              s/James C. Sumner
                                              UNITED STATES MAGISTRATE JUDGE